# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANESSA BINES,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SHERRIFF JEWELL WILLIAMS,<br>STAFF INSPECTOR SHERRIFF PARIS<br>WASHINGTON, and<br>CITY OF PHILADELPHIA,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  17-4527 |

# **O R D E R**

**AND NOW**, this 24th day of August, 2018, upon consideration of Defendant Jewell Williams Motion to Dismiss Plaintiff's Amended Complaint (Document No. 18, filed March 12, 2018), Motion of Defendant Paris Washington to Dismiss the Amended Complaint of Plaintiff Vanessa Bines (Document No. 20, filed March 12, 2018), Defendant City of Philadelphia' Joinder in the Motions of Co-Defendants Williams and Washington to Dismiss Plaintiff's First Amended Complaint (Document No. 21, filed March 13, 2018), Plaintiff Vanessa Bines's Oppoition [sic] to Defendant Sheriff Jewell Willaims' [sic] Motion to Dismiss Plaintiff's Amended Complaint (Document No. 22, filed April 9, 2018), Plaintiff Vanessa Bine's [sic] Opposition to Defendant Paris Washington's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 23, filed April 9, 2018), Reply Memorandum in Support of the Motion of Defendant Paris Washington to Dismiss the Amended Complaint of Plaintiff Vanessa Bines (Document No. 24, filed April 19, 2018), and Defendant Jewell Williams' Reply in Further Support of His Motion to Dismiss Plaintiff's Amended Complaint (Document No. 25, filed April 19, 2018), for the reasons stated in the accompanying Memorandum dated August 24, 2018, **IT IS ORDERED** as follows:

1. That part of Defendant Jewell Williams Motion to Dismiss Plaintiff's Amended Complaint seeking to strike plaintiff's demand for punitive damages in Counts 4, 5, and 6 of the Amended Complaint is **GRANTED** by agreement of the parties and plaintiff's demand for punitive damages in Counts 4, 5, and 6 of the Amended Complaint is **STRICKEN**;

2. Defendant Jewell Williams Motion to Dismiss Plaintiff's Amended Complaint is **DENIED** in all other respects;

3. That part of the Motion of Defendant Paris Washington to Dismiss the Amended Complaint seeking dismissal of Count 1 of the Amended Complaint is **GRANTED** and that claim is **DISMISSED WITHOUT PREJUDICE** with respect to Washington; and,

4. That part of Motion of Defendant Paris Washington to Dismiss the Amended Complaint seeking to strike plaintiff's demand for punitive damages in Counts 4, 5, and 6 of the Amended Complaint is **GRANTED** by agreement of the parties and plaintiff's demand for punitive damages in Counts 4, 5, and 6 of the Amended Complaint is **STRICKEN**; and,

5. The Motion of Defendant Paris Washington to Dismiss the Amended Complaint of Plaintiff Vanessa Bines is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that plaintiff is granted leave to file a second amended complaint with respect to the claims in Count 1 of the Amended Complaint in accordance with paragraph (3) above, if warranted by the facts and applicable law, within twenty (20) days.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
───────────────────────
**DuBOIS, JAN E., J.**